PROCEEDINGS BEFORE UNITED STATES MAGISTRATE JUDGE **MARY KAY KLEIN**

# FIRST APPEARANCE

Criminal No. __CR-10-96__ ( RHK / RLE ) Date of Hearing __April 20, 2010__ Time in Court __1:57 - 2:07__
                                      Judge   MJ

**United States of America v. EDWARD JOSEPH LOWEN**

Tape: __Yes__   Court Reporter & Agency: _____

__Kevin Ueland__
Assistant U.S. Attorney
                                      Appearance on behalf of defendant
                                      Counsel to be:  ( X ) appointed   (   ) retained

Interpreter: __N/A__   Language: _____

Date Charges Filed: __April 12, 2010__

Offense: __Bank Robbery__

(   ) Charges read into record   ( X ) Waived reading of charges   ( X ) Advised of Rights

On: ( X ) Indictment  (   ) Information  (   ) Complaint   Violation of: (   ) Pretrial Release  (   ) Supervised Release

(   ) **Charges from other District** _____
                                                    Which District Court

( X ) Government moves for detention.
     Motion is: ( X ) granted, temporary detention ordered  (   ) denied  (   ) Moot-defendant currently serving sentence

**Bond: Not Applicable**

Next appearance date is __April 23, 2010__ at __10:00 a.m.__ at
                               Date                       Time

__U. S. Federal Courthouse, 515 West First Street, Duluth, Minnesota__ before
                                                Address

__Honorable Raymond L. Erickson__ for: ( X ) detention hrg  (   ) preliminary hrg  (   ) removal hrg  ( X ) arraignment
Magistrate Judge

Additional Information: __This matter is unsealed pursuant to the motion of the United States Attorney__
on this 20th day of April, 2010. Lowen borrowed $17,500.00 to retain attorney on state charges. Court advised Lowen the matter of financial qualification may be brought up in subsequent appearances.

( X ) Defendant denies being under influence of drugs/alcohol.
( X ) Defendant can hear and understand me.
( X ) Defendant is financially unable to obtain adequate representation.

/s/ Mary Kay Klein
Mary Kay Klein
United States Magistrate Judge