**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America, | Criminal No. 10-96 (1) (RHK/RLE) |
| Plaintiff, | **ORDER** |
| v. | |
| Edward Joseph Lowen, | |
| Defendant. | |

---

Having reviewed de novo the April 23, 2010 Detention Order of Chief Magistrate Judge Raymond L. Erickson and Defendant's Motion for Review of Detention Order, the written memoranda by both parties, and the transcription of the April 23, 2010 Detention Hearing before Judge Erickson, **IT IS ORDERED**:

1. The Motion for Review of Detention Order (Doc. No. 35) is **DENIED**; and

2. The Detention Order (Doc. No. 15) is **AFFIRMED** and **ADOPTED** in its entirety.

Dated: June 1, 2010

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge