UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 10-96 (RHK/LIB)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| EDWARD LOWEN, | ) | |
| Defendant. | ) | |

Based on defendant's request that the deadline for submission of a sentencing position be extended, and for good cause shown, IT IS ORDERED that:

The defendant's position regarding sentencing factors shall be submitted to the Court on or before October 22, 2010.

Dated: October 15, 2010

s/Richard H. Kyle
Honorable Richard H. Kyle
Senior United States District Judge